UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JUAN GARCIA RODRIGUEZ, | Case No. 1:25-cv-01751 |
| Petitioner, | Hon. Robert J. Jonker<br>U.S. District Judge |
| v. | |
| KEVIN RAYCRAFT, Detroit Filed Office Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States, in their official capacities, | Hon. Phillip J. Green<br>U.S. Magistrate Judge |
| Respondents. | |

## **ORDER**

Pursuant to the parties' Stipulation to Dismiss under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Respondents are dismissed from this action;

IT IS FURTHER ORDERED that each party shall bear its own costs and attorney fees.

BY THE COURT:

Dated:  December 18, 2025    /s/ Robert J. Jonker
Hon. Robert J. Jonker
U.S. District Court Judge